**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

**IN RE:**

**David Ross Ward**                                   **Case No. 22-31940-SHB**

                              **Debtors.**            **Chapter 7**

**ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13**

The debtor(s) having filed on March 28, 2023, a notice (or motion) pursuant to 11 U.S.C. § 706(a) to convert this case under chapter 7 to a case under chapter 13 of the Bankruptcy Code. The court has considered the record and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

**IT IS HEREBY ORDERED THAT:**

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:

a. An account of all receipts and disbursements made in the Chapter 7 case, and

b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee, forthwith, shall turn over to the Debtors all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee, or any other party entitled to compensation may within 30 days of the date of this order file an Application for Compensation and Reimbursement of Expenses.

5. The Debtor, within 15 days from the date of this Order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6. The Debtor, within 15 days from the date of this Order shall file a Chapter 13 Plan.

# # #

**APPROVED FOR ENTRY:**

*s/ William E. Maddox, Jr.*
William E. Maddox, Jr.BPR#017462
William E. Maddox, Jr. LLC
Attorney at Law
P.O. Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953
wem@billmaddoxlaw.com