| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:22-bk-31940-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Tue Mar 28 11:53:46 EDT 2023 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Knoxville TVA Employees Credit Union<br>c/o Jason L. Rogers<br>P.O. Box 869<br>Knoxville, TN 37901-0869 | Y-12 Federal Credit Union<br>c/o Jason L. Rogers<br>P.O. Box 869<br>Knoxville, TN 37901-0869 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 |
| 21st Century Mortgage<br>PO Box 477<br>Knoxville, TN 37901-0477 | Austin Ward<br>8600 Buttermilk Rd<br>Lenoir City, TN 37771-7132 | Empower<br>PO Box 173764<br>Denver, CO 80217-3764 |
| Knoxville TVA Credit Union<br>PO Box 15994<br>Knoxville, TN 37901-5994 | Knoxville TVA Employees Credit Union<br>Attn: Bankruptcy Dept.<br>P. O. Box 36027<br>Knoxville, TN 37930-6027 | Natera<br>13011 McCallen Pass<br>Building A Suite 100<br>Austin, TX 78753-5381 |
| Parkwest Medical Center<br>PO Box 52988<br>Knoxville, TN 37950-2988 | Radiology Alliance PC<br>PO Box 88087<br>Chicago, IL 60680-1087 | Statecare Inpatient<br>PO Box 207829<br>Dallas, TX 75320-0001 |
| Tennessee Cancer Specialists<br>PO Box 59011<br>Knoxville, TN 37950-9011 | Tennessee Oncology<br>PO Box 440100<br>Nashville, TN 37244-0100 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 |
| Vista Radiology<br>Dept 888302<br>Knoxville, TN 37995-0001 | Y-12 Federal Credit Union<br>501 LaFayette Drive<br>Oak Ridge, TN 37830-7909 | Y-12 Federal Credit Union<br>PO Box 2512<br>Oak Ridge, TN 37831-2512 |
| David Ross Ward<br>8600 Buttermilk Rd<br>Lenoir City, TN 37771-7132 | John P. Newton Jr.<br>Mayer & Newton<br>8351 E. Walker Springs Lane<br>Suite 100<br>Knoxville, TN 37923-3135 | William E. Maddox Jr.<br>William E. Maddox, Jr., LLC<br>P. O. Box 31287<br>Knoxville, TN 37930-1287 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corporation
PO Box 477
Knoxville, TN 37901

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23